# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Daniel T. Shanks

**SUMMONS IN A CIVIL CASE** SC

v.

CASE NUMBER: CV 08 3694

Washington Mutual, Inc.

TO: (Name and address of defendant)
Washington Mutual Inc.
1301 Second Avenue
Seattle, WA 98101

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Stephan E. Kyle
Kymberly E. Speer
KENNEY & MARKOWITZ L.L.P.
255 California Street, Suite 1300
San Francisco, CA 94111

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

AUG -1 2008

Richard W. Wieking
CLERK

DATE August ___, 2008

ANNA SPRINKLES
(BY) DEPUTY CLERK

NDCAO440