```
STEPHAN E. KYLE (SBN 158075)
KYMBERLY E. SPEER (SBN 121703)
KENNEY & MARKOWITZ L.L.P.
255 California Street, Suite 1300
San Francisco, CA 94111
Telephone:  (415) 397-3100
Facsimile:  (415) 397-3170

Attorneys for Plaintiff
DANIEL T. SHANKS
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION – E-FILING

| | |
|---|---|
| DANIEL T. SHANKS,<br><br>　　Plaintiff,<br><br>v.<br><br>WASHINGTON MUTUAL, INC. and Does 1-10, inclusive,<br><br>　　Defendants. | CASE NO. CV-08-03694 SC<br><br>**NOTICE OF RELATED CASES** |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO PLAINTIFF AND HIS ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Northern District Local Rule 3-12(b), this action is related to Case Nos. C 08-03693 JCS, C 08-03692 SBA and C 08-03691 JL, United States District Court, Northern District of California.

### RELEVANT FACTS

Plaintiff Daniel T. Shanks formerly was an executive with Providian Bancorp Services. His employment with the company was subject to a "Change in Control" agreement ("CIC")

which specified that, in the event Providian's ownership changed and plaintiff's employment was terminated for reasons other than "for cause" or "disability," plaintiff would be entitled to certain payments. In due course Providian was merged with and into defendant Washington Mutual. Thereafter, plaintiff's employment terminated and triggered the severance payment provisions of the CIC. Plaintiff's lawsuit in this Court alleges that defendant failed to properly calculate and pay him the sums due under the CIC during his employment with and after his termination from Washington Mutual.

The plaintiffs in the related cases listed above are John Alexander Webber (Case No. 08-CV-3692 SBA), Jose Onassis Novicio Tagunicar (Case No. 08-CV-3691 JL), and Robert G. Merritt (Case No. 08-CV-3693 JCS.) These plaintiffs, like plaintiff Shanks, were executives at Providian who entered into substantially identical CIC agreements and, during their employment with and after their termination from successor Washington Mutual, were underpaid in violation of their individual CICs.

## GROUNDS FOR NOTICE OF RELATED CASE

All of these cases arise from underlying contracts that substantively are the same; plaintiffs allege the same types of damages (underpayment of sums due under substantively identical "Change in Control" agreements); and all cases involve the same defendant (Washington Mutual) and no others other than unspecified fictitiously-named defendants.

DATED: August 7, 2008

KENNEY & MARKOWITZ L.L.P

By: _____
STEPHAN E. KYLE
KYMBERLY E. SPEER
Attorneys for Plaintiff
DANIEL T. SHANKS